JAMES FENNIMORE, Respondent, v. LOUIS P. SCHEIN, Sued Herein as LOUIS

P. SHEIN, and LOESCH GANZ REALTY CO., INC., Sued Herein as LOESCH GANZ REALTY COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.